UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-06017-MCS-AJR | Date January 12, 2026 |
| Title *Zidell v. East West Bank* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER OF DISMISSAL (JS-6)**

The Court granted Defendants East West Bank and Cathay Bank's motions to dismiss the complaint of Plaintiffs Michael B. Zidell, The Michael B. Zidell 1997 Exempt Lifetime Trust, and The Michael B. Zidell 2016 Exempt Lifetime Trust. (Mot. to Dismiss Order, ECF No. 42.) The Court granted Plaintiffs leave to file an amended complaint within 14 days of entry of the Motion to Dismiss Order and warned that "[f]ailure to file a timely amended complaint will waive the right to do so." (*Id.* at 6–7.) Plaintiffs did not file an amended complaint. Accordingly, the Court understands Plaintiffs to stand on the dismissed complaint. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, (9th Cir. 2004) (teaching that, where a plaintiff declines to amend a dismissed complaint, the district court should take "the election not to amend at face value" and "enter[] a final judgment dismissing all claims with prejudice").

As all claims against all parties have been dismissed, the Court directs the Clerk to terminate the case. Pursuant to Local Rule 58-6, the Court directs the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED.**